# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

NORTHEASTERN LUMBER
MANUFACTURERS ASSOCIATION,

      Plaintiff,                           Case No.  11-C-623

v.

EXPORT PALLET & CRATING
SOLUTIONS, LLC and
DEAN DELMAR THIELBAR,

      Defendants.

---

## FINAL JUDGMENT WITH PERMANENT INJUNCTION

---

      By consent of all parties the Court hereby directs the Clerk to enter final judgment as follows:

      Defendants Export Pallet & Crating Solutions, LLC and Dean Delmar Thielbar are permanently enjoined from using, manufacturing, distributing, or selling or offering for sale any wood packaging materials that bear the Certifying Stamp of Northeastern Lumber Manufacturing Association, IPPC and/or Dufeck Manufacturing.

      **SO ORDERED** this ___9th___ day of January, 2012.

                                      s/ William C. Griesbach
                                      William C. Griesbach
                                      United States District Court Judge